

# Fourth Court of Appeals
## San Antonio, Texas

April 1, 2020

No. 04-19-00432-CR

Donald **BRASSFIELD**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 16-1733-CR-A
Honorable William Old, Judge Presiding

# O R D E R

In this appeal, Appellant's court-appointed counsel filed an *Anders* brief and notified Appellant of his right to file a pro se brief. Thereafter, the State waived its right to file a response to the *Anders* brief. *See Anders v. California*, 386 U.S. 738, 744 (1967). Appellant, an indigent inmate, requested a copy of the appellate record, which this court sent. *See* TEX. R. APP. P. 20.2.

On March 31, 2020, Appellant stated he did not receive volume 8 of the reporter's record, for the proceedings on April 16, 2019, and requested a free copy of that volume and an extension of time to file his pro se brief.

Appellant's motion is GRANTED.

We direct the clerk of this court to provide Appellant with a printed copy of volume 8 of the reporter's record at no cost to Appellant. The appellate record will be mailed to Appellant at the following address:

Donald Brassfield
TDCJ Number 2270561
Eastham Unit
2665 Prison Road #1
Lovelady, TX 75851

Appellant's pro se brief will be due THIRTY DAYS after this court mails Appellant a printed copy of the requested portion of the appellate record. *See* TEX. R. APP. P. 38.6(a).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of April, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court